COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-316-CR

 

TERRI LYNN REYNOLDS                                                       APPELLANT

 

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

            FROM THE 213TH DISTRICT
COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered AAppellant=s Motion
To Dismiss Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

 

PANEL: 
WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: October 8, 2009











[1]See Tex. R. App. P. 47.4.